# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ANN ATCHISON WATERHOUSE, as Administrator of the ESTATE OF MARY AILEEN ATCHISON; JULES SIBILIO, an individual; and DOES 1 to 10, inclusive<br><br>    Defendants. | Case No. 3:15-cv-03271-JST<br><br>**ORDER FOR PLAINTIFF'S DISCHARGE AND DISMISSAL**<br><br>Hon. Jon S. Tigar |

Plaintiff The Guardian Life Insurance Company of America ("The Guardian"), Defendant Ann Atchison Waterhouse, as Administrator of the Estate of Mary Aileen Atchison ("Waterhouse"), and Defendant Jules Sibilio ("Sibilio") (collectively "Defendants") having stipulated and good cause appearing thereof, IT IS HEREBY ORDERED that:

    1.    The Guardian is hereby and shall be discharged from any liability to the Defendants to the full extent permitted by law with respect to the Plan and/or group policy no. G-00479914-HC issued by The Guardian to Trustees of the Professional and Technical Services Industry Insurance Trust Fund, under which Wikia, Inc. was a participating employer (the "Policy").

///

2. Defendants shall be restrained from taking, or proceeding with or commencing any action against The Guardian, Wikia Inc., and/or the Plan, or its present, former, and future officers, directors, shareholders, employers, employees, parents, subsidiaries, affiliates, reinsurers, insurers, administrators, agents, predecessors, successors, attorneys and assigns, for or on account of any transaction, matter, happening or thing in any way arising out of or relating to the rights and obligations of the parties with respect to the Policy, and/or with respect to benefits due under the Policy.

3. The Guardian shall be awarded the sum of $2,000.00 as reasonable attorney's fees and costs incurred in connection with this interpleader action, to be paid out of the proceeds deposited with the Clerk of this Court. The Clerk shall issue payment to The Guardian in the sum of $2,000.00 from such proceeds, in care of its attorneys, Burke, Williams & Sorensen LLP. The check shall be made payable to "The Guardian Life Insurance Company of America" and mailed to:

Keiko J. Kojima
Burke, Williams & Sorensen, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA  90071-2953

4. The Guardian shall be dismissed from this action with prejudice.

IT IS SO ORDERED.

Dated:  October 26, 2015

_____
Hon. Jon S. Tigar
Judge of the United States District Court